**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| THOMAS SCOTT, JR. | : No. 22 WAL 2015 |
| | : |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| | : |
| UNEMPLOYMENT COMPENSATION | : |
| BOARD OF REVIEW | : |
| | : |
| | : |
| | : |
| PETITION OF: LIFESTEPS, INC., | : |
| | : |
| Intervenor | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 21st day of August, 2015, the Petition for Allowance of Appeal is **DENIED**.